In re BUFFALO ICE CO. (Supreme Court, Appellate Division, Fourth Department. March, 1899.) In the matter of the voluntary dissolution of the Buffalo Ice Company. No opinion. Order affirmed, without costs. Held

that, upon the facts as disclosed by the affidavits, the application should be denied, and for that reason the order is affirmed, without costs to either party. See 56 N. Y. Supp. 1105.